IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANNA S.[1],

       Plaintiff,                                Civ. No. 6:20-cv-331-MK

       v.                                                     ORDER

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

       Defendant.
_____

MCSHANE, Judge:

       Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#7), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#7) is adopted. This action is DISMISSED, without prejudice.

IT IS SO ORDERED.

       DATED this 10th of November, 2020.

                                                                                 _____/s/ Michael J. McShane_____
                                                                                       Michael McShane
                                                                                United States District Judge

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party in the case.

1 – ORDER